Case 3:08-cv-02051-PJH   Document 1   Filed 04/21/2008   Page 1 of 2

1. MALINKA MOYE
   40. 42. PARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO

4.
5.
6.
7.

FILED
08 APR 21 PM 12:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8. UNITED STATES DISTRICT COURT
9. NORTHERN DISTRICT OF CALIFORNIA
10.
11. MALINKA MOYE.
              Plaintiff,
12.
13.     vs.
14. VINCE EDWARD COLLINS. DERRICK COLLINS
    JAYPAUL LAPLNATE. ELISA STEWART.
15. BONNIE PARKLER. ALANA PARKER
    LA DONNA REWA DUNCAN. JUDITH WESLEY.
16. LINDA BRWER STOCKDALE.
    DEBORAH JANE HUGHES. KIMBERLEY MILLER.
17. RED OAK REALTY. LYDIA BACA.
    RATANA JIRAITTEWANNA. MESHA JOHNSON
18. _____

CASE NO. CV 08 2051   PJH

COMPLAINT

DATE:
TIME:
COURTROOM:

19.
20.     Plaintiff MALINKA MOYE alleges:
21.     1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.
22.     2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.
23. UNIFORM FRAUDULENT TRANSFER ACT OF 1996. UNIFORM FRAUDULENT CONVEYANCE ACT. PERJURY.
24. RED OAK REALTY IS A CORPORATION incorporated under the laws of the State of California having its principal pace
25. of business in the State of California.
26.
27.
28.     1.

1.         UNITED STATES DISTRICT COURT

2.         NORTHERN DISTRICT OF CALIFRONIA

3.

4.     The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6.     3. All defendants reside in this district.

7.     4. ORGANIZE CRIME. ATTEMPTED MURDER. CONSPIRACY. PERJURY. BANK AND REALTY

8. FRAUD. All defendants reside in this district

9.     5. WHEREFORE, Plaintiff prays for judgement against defendants. RED OAK REALTY.

10. ALANA PARKER. BONNIE PARKER. DEBORAH JANE HUGHES. JUDITH WESLEY. JAY PAUL LAPLANTE.

11. DERRICK COLLINS. VINCE EDWARD COLLINS. RATANA JIRAITTEWANNA. MESHA ANEEK JOHNSON.

12. LA DONNA REWA DUNCAN as follows: Damages in the sum of $ 4,000,000.00

13.

14.

15.

16.

17.

18. DATED: April 18, 2008                                           MALINKA MOYE.

19.

20.

21.

22.

23.

24.

25.

26.

27.

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
M. Moyel

**DEFENDANTS**
Vince Edward Collins, Derrick Collins, Jay Paul LaPlante, Alana Parker, Deborah Poolbury, Clara Stewart, Bonnie Parker, Judith Wesley, Real Deal Realty, Linda Stockton

**(b) County of Residence of First Listed Plaintiff:** San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):**
40.42 Parsons
SF, CA 94118 (415)608-1518

**Attorneys (If Known):** None
see attached

RICHARD W. WIEKING
U.S. DIST. NO. DIST. OF CA.

E-filing    PJH    ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN (Place an "X" in One Box Only)
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
RICO Act, UFTA Act of 1996
Brief description of cause: RICO Act, Uniform Fraudulent Conveyance Act

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 4,000,000.00
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY:
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: 4/17/08
SIGNATURE OF ATTORNEY OF RECORD: M. Moyel

08-2051 PJH