
RECEIVED
2008 APR 21 P 4: 12
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

[Clear Form]

FILED
08 APR 21 PM 12:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PJH

M. Wolfe, Plaintiff,

vs.

Vince Edward Collins, Derrick Collins, Jay Paul Laplante, Elisa Stewart, Bonnie Pajka, Lydia Paua, Alana Lynn, Linda Brown Stockdale, Donna Kowalwick, Red Oak Realty, Defendant.

CASE NO. CV 08 2051

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, M. Wolfe, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ☒  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Wages - Minimum     Net: 750,000.00

Employer: Free Agent Celebrity, Political Fundraiser, Lobbyist

28. If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2    Christopher Vedy Upke 6
3    _____
4    5.   Do you own or are you buying a home?    Yes ___ No _X_
5    Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
6    6.   Do you own an automobile?    Yes ___ No ___
7    Make __Chuy__ Year __1984__ Model __Vella__
8    Is it financed? Yes ___ No _X_ If so, Total due: $ _____
9    Monthly Payment: $ __N/A__
10   7.   Do you have a bank account? Yes ___ No ___ (Do not include account numbers.)
11   Name(s) and address(es) of bank: _____
12   __Washington Mutual__
13   Present balance(s): $ __0.00__
14   Do you own any cash? Yes ___ No _X_ Amount: $ _____
15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16   market value.)    Yes ___ No _X_
17   _____
18   8.   What are your monthly expenses?
19   Rent: $ __0__ Utilities: __0__
20   Food: $ __300.00__ Clothing: __0__
21   Charge Accounts:
22   **Name of Account**    **Monthly Payment**    **Total Owed on This Account**
23   __N/A__    $ _____    $ _____
24   _____    $ _____    $ _____
25   _____    $ _____    $ _____
26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27   they are payable. Do not include account numbers.)
28   _____

1. U.S. Dept of ED

2. 10. Does the complaint which you are seeking to file raise claims that have been presented in
3. other lawsuits? Yes X No ___
4. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5. which they were filed.
6. 448620   434297   447164   450461
7. 445998   433676   445235   450503
8. I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9. false statement herein may result in the dismissal of my claims.

10. 4/17/08
11.
12. DATE                    SIGNATURE OF APPLICANT

- 4 -