1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

5.

6.                 UNITED STATES DISTRICT COURT

7.                 NORTHERN DISTRICT OF CALIFORNIA

8.

9.

10.                                        CASE NO.    CV 08  2051

| | |
|---|---|
| 11. MALINKA MOYE. | NOTICE OF MOTION AND ADMIN- |
|             Plaintiff, | ISTRATIVE MOTION TO CONSIDER |
| 12. | WHETHER CASES SHOULD BE REL- |
| | LATED PURSUANT TO CIVIL L.R. |
| 13.   vs. | 7-11. JUDGMENT. ATTORNEY |
| | GENERAL TO FILE CHARGES |
| 14. VINCE EDWARD COLLINS. DERRICK COLLINS | MEMORANDUM OF POINTS & |
|     ELISA STEWART. JAY PAUL LA PLANTE. | AUTHORITIES. DECLARATION. |
| 15. LINDA STOCKDALE. ALANA PARKER. | |
|     BONNIE PARKER. JUDITH WESLEY. | DATE: |
| 16. DEBORAH JANE HUGHES. LYDIA BACA. | TIME: |
|     RED OAK REALTY. KIMBERLY MILLER. | COURTROOM: |
| 17. MESHA JOHNSON. RATANA JIRAITTEWANNA. | |
|     LA DONNA REWA DUNCAN. | |
| 18.             Defendants, | |
| 19. | |

20.   TO DEFENDANTS & ITS ATTORNEY OF RECORD: ELISA STEWART. VICNE EDWARAD COLLINS. DERRICK

21. COLLINS. JAY PAUL LAPLANTE. LINDA STOCKDALE. ALANA PARKER. BONNIE PARKER. JUDITH WESLEY

22.. DEBORAH JANE HUGHES. LYDIA BACA. RED OAK REALTY. KIMBERLY JOHNSON. MESHA JOHNSON.

23. RATANA JIRAITTWANNA. LA DONNA REWA DUNCAN.

24.     NOTICE IS HEREBY GIVEN that on _____, at 9:00am, or as soon as thereafter as counsel may be heard by the

25. above entitled court, located at 450 Golden Gate in the court room of Judge _____, plaintiff will & hereby

26. does move court for judgement. Attorney General to file criminal charges against defendant.

27.

28.                                                                            1.

1. UNITED STATES DISTRICT COURT
2. NORTHERN DISTRICT OF CALIFORNIA
3.
4.     This motion is brought on the following grounds. Defendants. Conspired. Misled courts. Obstructed Justice.
5. Defendants accessory to murder case 93-14858. Docket# 02124169-4. Plaintiff. Reported defendant to authorities.
6. OFFCIE OF DISTRICT ATTORNEY. SFPD. SSD. San Francisco Superior court clerks & judges. Aided in illegal
7. transaction. CGC-05-445998. Murder attempt upon plaintiff by defendants. Cover up case. 2314288. Plaintiff was
8. falsely impriosoned. Car Stolen. Child abused and concealed. RICO ACT. RACKETEERING INFLUENCED & CORRUPT
9. ORGANIZATION. CONSPIRACY. FTP-01-043718. CGC-05-445235. CGC-06-450461. CGC-06-450503.
10.
11.     MEMORANDUM OF POINTS AND AUTHORITIES
12.     UNIFORM FRAUDULENT CONVEYANCE ACT
13.     UNIFORM FRAUDULENT TRANSFER ACT OFG 1996
14.     RACKETEERING INFLUENCED CORRUPT ORGANIZATION ACT
15.
16.
17.     DECLARATION
18.
19.     I Malinka Moye plaintiff in the above entitled-action. Declare that the foregoing is true and correct to the best of my
20. knowledge under penalty of perjury under the laws of the State of California.
21.
22.
23. DATED: APRIL 17, 2008                               MALINKA MOYE.
24.
25.
26.
27.
28.                                                                                                                                           2.