# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*[handwritten signature: M. Mofel]*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV 08 2051 PJH**

V.

*[handwritten defendants list, partially legible]: Real Oak Realty, Vince Edward Collins, Derrick Collins, Alana Park, Bonnie Parker, Deborah Jane Hughes, Kimberly Miller, Judith Wesley, Lydia Bace, Ratana [illegible], Misha [illegible] Johnson*

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*[handwritten]:*
M. Mofel
333 Portola Dr Ste #B
S.F. CA 94127
Attention: Frank D. Alfonsi

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                DATE _____

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_M. Mofd_ )
Plaintiff )
_Leslok Redly - Kibati Nilla Alea Park_ v. )  Civil Action No. CV 08 2051
Defendant )
_Bonnie Taylor, Judith West - Beloul Jen Hughes,_ )
_Vince Edward Collins, Daniel Collins, Jay Paul Laplato_ ) Summons in a Civil Action
To: (Defendant's name and address) _Sydia Baer, Linda Bruen, Stockof Dernickoller_
_See Attachment_

PJH

A lawsuit has been filed against you.

Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

_M. Mofd_
_333 Portolo Dr Ste #B_
_S.F. CA, 94127_ Attorney: ~~Fred Butler~~ _Frank P. Alfonsi_

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____   _____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

CURRENT ADDRESSES OF DEFENDANTS

ALANA PARKER BETTER PROPERTY MANAGEMENT.2166 MARKET STREET S.F. CA, 94114.  1415-861-9980.

BONNIE PARKER454 9TH AVE Apt #3 S.F. CA, 94118  1415-387-6792

JUDITH WESLEY AND DEBORAH JANE HUGHES. 855 GRENOLA CONCORD CALIFORNIA 94586.  1925-689-3671.

VINCE EDWARD COLLINS, DERRICK COLLINS & JAY PAUL LAPLNATE. EAST RENO AVENUE. LAS VEGAS NEVADA, 85119.

ELISA STEWART. ATTORNEY AT LAW. 600 HARRISON SUITE #120 SAN FRANCSICO CALIFORNIA. Bar #219557.  1415-595-3522.

RATANA JIRAITTEWANNA.  1701 17TH AVE. S.F CA, 94127

MESHA JOHNSON  1160 FITZGERALD SAN FRANCSICO CALIFORNIA 94124  1415-822-6783.

LYDIA BACA.  40. 42 PARSON STREET SAN FRANCISCO CALIFORNIA 94118

LINDA BREWER STOCKDALE. ATTORNEY AT LAW.  1961. 1963. 1965 HAYES STREET.  BAR#75090.  P.O. BOX 20792 SEATTLE WASHINGTON 98102

Kimberly Miller &
Red Oak Realty 1891 Solano Ave
Berkeley Ca 94707

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

W. Wofel
_____
Plaintiff

Del Dick Reety, Kimberly Willi, Alane Pake, Barrie lark,
Derick Collins, Vince Edward Willis, Paul Taplante,
Bonnie Parker, Deborah Van Busk, Judith Wolf,
Sydia Baca, Linda Bruen, Wokdale
Defendant

To: (Defendant's name and address)

See Attachment

) 
) 
) Civil Action No.
) 
) 
) 
) Summons in a Civil Action
) 

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Wofel
333 Doulton Pl Ste B
SF, CA 94127 Attention: Frank N. ALFONSI

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

CURRENT ADDRESSES OF DEFENDANTS

ALANA PARKER  BETTER PROPERTY MANAGEMENT.2166 MARKET STREET S.F. CA, 94114.   1415-861-9980.

BONNIE PARKER 454 9TH AVE Apt #3 S.F. CA, 94118  1415-387-6792

JUDITH WESLEY AND DEBORAH JANE HUGHES.  855 GRENOLA CONCORD CALIFORNIA 94586.  1925-689-3671.

VINCE EDWARD COLLINS, DERRICK COLLINS & JAY PAUL LAPLNATE. EAST RENO AVENUE. LAS VEGAS NEVADA, 85119.

ELISA STEWART. ATTORNEY AT LAW. 600 HARRISON SUITE #120 SAN FRANCSICO CALIFORNIA. Bar #219557.  1415-595-3522.

RATANA JIRAITTEWANNA.  1701 17TH AVE. S.F CA, 94127

MESHA JOHNSON  1160 FITZGERALD SAN FRANCSICO CALIFORNIA 94124 1415-822-6783.

LYDIA BACA.  40. 42 PARSON STREET SAN FRANCISCO CALIFORNIA 94118

LINDA BREWER STOCKDALE.  ATTORNEY AT LAW.  1961. 1963. 1965 HAYES STREET.  BAR#75090.  P.O. BOX  20792  SEATTLE WASHINGTON 98102

Kimberly Miller
Red Oak Realty  1851 Solano Ave
Berkeley CA, 94707