

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

E-filing

**FILED**

APR 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-2051 PJH
#6   π

NIXIE            941     5E 1              30    04/28/08
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 9410234999        *0640-04051-24-42*



02 1A
0004329882
MAILED FROM ZIPCODE 94102
APR 24 2008
$ 00.58⁰
PITNEY BOWES

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

CV08-02051 PJH