

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

E-filing

FILED

MAY 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

MAY 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

08-2051

#8

NIXIE      941   SC 1      30   05/05/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94102348959      *0440-04564-02-44

02 1A
0004329882
MAILED FROM ZIP CODE 94102

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41°
MAY 02 2008

Malinka Moye
4042 Parson Street
San Francisco, CA 94118


CV08-02051 PJH