UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

    v.

VINCE E. COLLINS, et al.,

    Defendants.
_____/

No. C 08-2051 PJH

**ORDER OF DISMISSAL**

    Plaintiff Malinka Moye filed this action on April 21, 2008, and also requested leave to proceed in forma pauperis. On April 23, 2008, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e) for failure to state a claim. The dismissal was with leave to amend. The amended complaint was due no later than May 23, 2008.

    As of May 28, 2008, plaintiff has filed no amended complaint. Accordingly, the court finds that the action must be DISMISSED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

  v.

VINCE E COLLINS et al,

        Defendants.

Case Number: CV08-02051 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
4042 Parson Street
San Francisco, CA 94118

Dated: May 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk