OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

# FILED

JUN 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-2051 PJH (TT)

#10, 11



UNITED STATES POSTAGE
PITNEY BOWES
02 1A    $ 00.42⁰
0004329882    MAY 30 2008
MAILED FROM ZIP CODE 94102

NIXIE    941    4E    1    30    06/03/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 94102365199    *0340-02288-30-44

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118


CV08-02051 PJH